Scott Bernstein
Stradley Ronon Stevens & Young, LLP
A Pennsylvania Limited Liability Partnership
100 Park Avenue, Suite 2000
New York, New York 10017
Telephone:  (212) 812-4132
Facsimile:   (646) 682-7180

*Attorneys for Defendant, Navient Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL GILBERTO,<br><br>                    Plaintiff,<br><br>            -against-<br><br>NAVIENT SOLUTIONS, INC. f/k/a<br>SALLIE MAE, INC.,<br><br>                    Defendant. | 2:16-cv-797 (DRH) (SIL) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff, Michael Gilberto, and Defendant, Navient Solutions, Inc. (collectively, the "Parties"), as follows:

1. The above-captioned action is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

2. This stipulation may be signed in counterparts, which taken together shall constitute one original.  A facsimile signature, electronic signature or a .pdf copy of a signature by any of the counsel to the Parties shall have the same force and effect as an original signature.

1

# 2936942 v. 1

| | |
|---|---|
| Dated:  August 26, 2016 | Dated:  August 26, 2016 |
| **STRADLEY RONON STEVENS & YOUNG, LLP**<br>Attorneys for Defendant | **HORMOZDI LAW FIRM, LLC**<br>Attorney for Plaintiff |
| By:   */s/ Scott H. Bernstein*<br>    Scott H. Bernstein<br>    100 Park Avenue, Suite 2000<br>    New York, New York 10017<br>    Telephone:  (212) 812-4124<br>    Facsimile:  (646) 682-7180<br>    sbernstein@stradley.com | By:    */s/ Shireen Hormozdi*<br>    Shireen Hormozdi<br>    1770 Indian Trail Lilburn Road<br>    Suite 175<br>    Norcross, Georgia 30093<br>    Telephone:  (678) 395-7795<br>    Facsimile:   (866) 929-2434<br>    shireen@norcosslawfirm.com |